933 F.2d 1001
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Aaron HOLSEY, Plaintiff-Appellant,
v.
William Donald SCHAEFER, Individually, and as Governor of
the State of Maryland, Elmanus Herndon, Individually, and as
Commissioner of Correction, Kenneth Taylor, Individually,
and as Warden of the House of Correction, William L. Smith,
Individually, and as Assistant Warden of Maryland House of
Correction, Singletary, Individually, and as 4-12 Shift
Major at the House of Correction, Charlene Ratcliff,
Individually, and as Administrative Remedy Coordinator of
the House of Correction, Liz Nick, Individually, and as
Mailroom Supervisor at House of Correction, Rudeine
Dimissie, Individually, and as Dietary Department
Administrator at the House of Correction, B.A. Skinner,
Individually, and as Classification Counselor at the House
of Correction, Cross, Individually, and as a Former Prison
Guard at House of Correction, Lawson, Individually, and as a
Prison Guard at the House of Correction, Meyers,
Individually, and as a Sergeant on the 4-12 Shift at the
House of Correction in Jessup Maryland, Smith, Individually,
and as Prison Guard at the House of Correction on the 8-4
Shift (A.Co. II), Hollis S. Thompson, Individually, and as
Chief of Security at the House of Correction, Defendants-Appellees.
Aaron HOLSEY, Plaintiff-Appellant,
v.
William Donald SCHAEFER, Individually, and as Governor of
the State of Maryland, Elmanus Herndon, Individually, and as
Commissioner of Correction, Kenneth Taylor, Individually,
and as Warden of the House of Correction, William L. Smith,
Individually, and as Assistant Warden of Maryland House of
Correction, Singletary, Individually, and as 4-12 Shift
Major at the House of Correction, Charlene Ratcliff,
Individually, and as Administrative Remedy Coordinator of
the House of Correction, Liz Nick, Individually, and as
Mailroom Supervisor at House of Correction, Rudeine
Dimissie, Individually, and as Dietary Department
Administrator at the House of Correction, B.A. Skinner,
Individually, and as Classification Counselor at the House
of Correction, Cross, Individually, and as a Former Prison
Guard at House of Correction, Lawson, Individually, and as a
Prison Guard at the House of Correction, Meyers,
Individually, and as a Sergeant on the 4-12 Shift at the
House of Correction in Jessup Maryland, Smith, Individually,
and as Prison Guard at the House of Correction on the 8-4
Shift (A.Co. II), Hollis S. Thompson, Individually, and as
Chief of Security at the House of Correction, Defendants-Appellees.
 Nos. 91-6768, 91-6778.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 20, 1991.
Decided May 20, 1991.
 
 Appeals from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-90-2010-K)
 Aaron Holsey, appellant pro se.
 Audrey J.S. Carrion, Office of the Attorney General, Baltimore, Md., for appellees.
 D.Md
 No. 91-6768 DISMISSED; No. 91-6778 AFFIRMED.
 Before SPROUSE and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 In No. 91-6778, Aaron Holsey appeals from the district court's order denying two motions for injunctive relief. Our review of the record and the district court's opinion discloses that the district court properly denied relief after applying the factors set forth in Blackwelder Furniture Co. v. Seilig Mfg. Co., 550 F.2d 189 (4th Cir.1977), and the denial was not an abuse of discretion. See Westmoreland Coal Co. v. UMW, 910 F.2d 130 (4th Cir.1990).
 
 
 2
 In No. 91-6768, Holsey seeks to appeal the district court's failure to decide his motions for default judgment. Such a matter is more properly raised in a petition for writ of mandamus. However, the record reflects that the motions have been denied. We therefore dismiss the appeal as moot.
 
 
 3
 We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 4
 No. 91-6768, DISMISSED.
 
 
 5
 No. 91-6778, AFFIRMED.